JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YODIT TESSEMA,<br><br>    Defendant. | No. CR 04-0328 MAG<br><br>**MOTION AND [~~PROPOSED~~] ORDER TO DISMISS INFORMATION** |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information without prejudice.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 03/03/2008

_____
DEREK R. OWENS
Assistant United States Attorney

//

NOTICE OF DISMISSAL
CR 04-0328 MAG

1 | The Court hereby grants leave to dismiss the above Information without prejudice.
2 |
3 |
4 |
5 | DATED: 3/3/06

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

NOTICE OF DISMISSAL
CR 04-0328 MAG

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that she is an employee of the office of the United States |
| 3 | Attorney, Northern District of California, is a person over 18 years of age and discretion to be |
| 4 | competent to serve papers, and not a party of the within action.. The undersigned certifies that |
| 5 | she caused copies of |
| 6 | |
| 7 | **MOTION AND ORDER TO DISMISS INFORMATION** |
| 8 | in the case of <u>**UNITED STATES v YODIT TESSEMA,**</u> **CR 04-0328 MAG** to be served on |
| 9 | the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as |
| 10 | follows which is the last known address: |
| 11 | **AFPD Elizabeth Falk** |
| 12 | **Federal Public Defender's Office** |
| 13 | **450 Golden Gate Avenue, 19th Fl.** |
| 14 | **San Francisco, CA 94102** |
| 15 | __X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or |
| 16 | offices of each addressee(s) above. |
| 17 | |
| 18 | _____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above. |
| 19 | |
| 20 | _____ (By USPS Regular Mail), I caused each such envelope, with postage thereon fully |
| 21 | prepaid, to be placed in the United States mail at San Francisco, California. |
| 22 | _____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address |
| 23 | listed above. |
| 24 | |
| 25 | I declare under penalty of perjury that the foregoing is true and correct. |
| 26 | |
| 27 | Dated: <u>March 3, 2008</u> |
| 28 | HUI CHEN<br>United States Attorney's Office |